NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| ANGELO M. WHITE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D17-3943 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Mark F. Carpanini,
Judge.

Angelo M. White, pro se.

PER CURIAM.

Affirmed. See Brooks v. State, 969 So. 2d 238 (Fla. 2007); White v. State, 202 So. 3d 420 (Fla. 2d DCA 2016) (table decision); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Carpenter v. State, 884 So. 2d 385 (Fla. 2d DCA 2004); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Allen v. State, 976 So. 2d 1189 (Fla. 5th DCA 2008); Williams v. State, 907 So. 2d 1224 (Fla. 5th DCA 2005).

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.